**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

BRIDGETTE ANN FLOYD                                                            PLAINTIFF

v.                                                            CIVIL ACTION NO. 3:02-cv-1588WS

COMMUNICATIONS WORKERS OF
AMERICA, ET AL.                                                            DEFENDANTS

**FINAL JUDGMENT**

Before this court is the motion of the defendants for summary judgment. After consideration of the motion and evidence offered in support of the motion, the court finds that the motion of the defendants for summary judgment is well taken and should be granted. The Memorandum Opinion and Order entered by this court on March 16, 2006, is incorporated by reference. For the reasons assigned in the court's Memorandum Opinion and Order, the court concludes that judgment should be entered in favor of the defendants and against the plaintiff and that the defendants should be awarded their costs.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the complaint be, and it is hereby DISMISSED WITH PREJUDICE in accordance with this court's Memorandum Opinion and Order at the cost of the plaintiff.

**IT IS FURTHER ORDERED AND ADJUDGED** that the defendants are entitled to recover their taxable costs in this action upon filing a Bill of Costs in the time and manner prescribed.

**SO ORDERED AND ADJUDGED, this the 16th day of March, 2006.**

**s/ HENRY T. WINGATE**

**CHIEF UNITED STATES DISTRICT JUDGE**

Civil Action No. 3:02-cv-1588 WS
Final Judgment

2